PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 2 2008

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.        Charles Thomas Wilbur Weems        Docket No.        2:07CR02078-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW James A. Moon, Pretrial Services Officer presenting an official report upon the conduct of the defendant Charles Thomas Wilbur Weems who was placed under pretrial release supervision by the Honorable John Jelderks sitting in the Court at Yakima, Washington, on the 30th day of August 2007, and the Honorable Cynthia Imbrogno sitting in the Court at Spokane, Washington, via video conferencing on January 10, 2008, under the following conditions:

**Condition #9**: The defendant shall refrain from the use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner. The defendant shall undergo a substance abuse evaluation and complete treatment indicated by this evaluation. The defendant shall submit to urinalysis testing no more than six times per month. The Unites States Probation Office shall also determine the time and place of testing.

**Condition #3 (January 10, 2008 order)**: The defendant shall be confined to his home except when at work, at medical appointments, or for case or Court related matters.

**Condition #10**: The defendant shall report to the Unites States Probation Office before or immediately after his release and shall report at such times and in such manner as they direct.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Charles Thomas Wilbur Weems is alleged to be in violation of the conditions of his pretrial release by having used marijuana on or about February 22, 2008.

**Violation #2**: Charles Thomas Wilbur Weems is alleged to be in violation of the conditions of his pretrial release by not abiding by his home confinement since March 1, 2008.

**Violation #3**: Charles Thomas Wilbur Weems is alleged to be in violation of the conditions of his pretrial release by failing to provide a urine sample at Merit Resource Services (Merit) in Sunnyside on March 5, 2008.

**Violation #4**: Charles Thomas Wilbur Weems is alleged to be in violation of the conditions of his pretrial release by having failed to attend outpatient treatment at Merit in Sunnyside since February 28, 2008.

**Violation #5**: Charles Thomas Wilbur Weems is alleged to be in violation of the conditions of his pretrial release by failing to report to his probation officer since February 29, 2008.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 6, 2008

by  *James A. Moon*
James A. Moon
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*[signature]*
Signature of Judicial Officer

3/12/08
Date